UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:

BIER INTERNATIONAL LLC,

        Debtors.

---------------------------------------------------------------X

Chapter 11
Case No. 18-10418 (CGM)

## ORDER DISMISSING CHAPTER 11 CASE

Upon the Motion, (the "**Motion**") of the United States Trustee, by and through his counsel, seeking the issuance and entry of an order, pursuant to §§ 1112(b) of the Bankruptcy Code, dismissing the Chapter 11 case of the above-captioned debtors and debtors-in-possession (the "**Debtors**") and a hearing (the "**Hearing**") on the Motion having been held on June 14, 2018; and upon the record of the Hearing; and it appearing that the relief requested in the Motion is in the best interest of the Debtors, their estate and their creditors; and on consent of the Debtors; and after due deliberation and sufficient cause appearing thereafter; it is,

**ORDERED,** that the Chapter 11 case of the Debtors is dismissed; and it is further;

**ORDERED**, that the Debtors pay to the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930(a)(6) and 31 U.S.C. § 3717 within ten days of the entry of this order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the relevant period.



**Dated: June 22, 2018**
    **Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**