**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: Bier International, LLC                          CASE NO.: 18–10418–cgm

Social Security/Taxpayer ID/Employer ID/Other Nos.:     CHAPTER:  11
30–0535475

---

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Cecelia G. Morris in this Chapter 11 case.

Bier International, LLC was dismissed from the case on June 22, 2018 .

Dated: June 22, 2018                          Vito Genna
                                              Clerk of the Court